UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 09-20508-CV-GOLDBERG

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

ROBERTO VIERA
        Reg. 65270-004
        Defendant. /

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

To:  ANY UNITED STATES MARSHAL and WARDEN,
     FCI COLEMAN LOW FEDERAL CORRECTIONAL INSTITUTION, COLEMAN, FL

It appearing that the defendant in the above case, **ROBERTO VIERA** is confined at the **FCI COLEMAN LOW FEDERAL CORRECTIONAL INSTITUTION, COLEMAN, FL** and that this case is set for a **EVIDENTIARY HEARING ON THE DEFENDANT'S MOTION UNDER 28 U.S.C. 2255 TO VACATE, SET ASIDE OR CORRECT SENTENCE [1] @ 10:00 A.M.** on **JUNE 4, 2012,** at the **United States Courthouse, 301 North Miami Avenue, 11th Floor, Miami, Florida 33128**, before the undersigned, and that it is necessary for said defendant to be before this Court for said proceeding;

**NOW, THEREFORE**, this is to command you, any United States Marshal, that you have the body of the said **ROBERTO VIERA** now in custody as aforesaid, under safe and secure conduct, before this Court at **301 North Miami Avenue, 11th Floor Miami, Florida** by or before **10:00 A.M.** on **JUNE 4, 2012** and upon completion of said proceeding that you return subject with all convenient speed, under safe and secure conduct to the custody of the Warden of

the aforesaid penal institution.

And this is to command you, the Warden of the **FCI COLEMAN LOW FEDERAL CORRECTIONAL INSTITUTION, COLEMAN, FL** to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of **ROBERTO VIERA,** said defendant for safe and secure conduct to this district for the purpose aforesaid.

**DONE AND ORDERED** at Miami, Florida, this 8TH day of MAY, 2012.

WILLIAM C. TURNOFF
UNITED STATES MAGISTRATE JUDGE